**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ AUG 30 2017 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK

---

SHEILA THOMPSON, individually and in behalf of all other persons similarly situated,

Plaintiff,

–against–

BED-STUY PHARMACY INC., N.G.B. STAFFING SERVICES INC., QUICK RX CORP., and ELAN KATZ, jointly and severally,

Defendants.

15 CV 7434 (KAM) (LB)

## JUDGMENT

Matsumoto, D.J.

Upon the notice of acceptance of the offer of judgment, it is **ordered, adjudged, and decreed—**

The plaintiff does recover of the defendant N.G.B. Staffing Services Inc. $24,000.00, plus postjudgment interest pursuant to 28 U.S.C. § 1961, and the plaintiff has execution therefor; and

Pursuant to sections 198(4) and 663(4) of the New York Labor Law, if any such amounts of this judgment remain unpaid upon the expiration of ninety days following issuance of this judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of this judgment shall automatically increase by fifteen percent.

So ordered.

Dated: Brooklyn, New York

August 29, 2017

s/ KAM
Kiyo A. Matsumoto,
United States District Judge

1